IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

GUN OWNERS OF AMERICA, INC. et al,

    *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND
SECURITY et al,

    *Defendants*.

No. 1:23-cv-0010 (JMC)

## JOINT STATUS REPORT

Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, and Defendants Department of Homeland Security (DHS) and the Federal Bureau of Investigation (FBI) submit the following Joint Status Report, pursuant to the Court's March 21, 2023 minute order.

1. This case stems from Plaintiffs' March 18, 2022 and May 13, 2022 Freedom of Information Act (FOIA) requests for the Intelligence in Depth report entitled "Diverse DVE Landscape Probably Will Persist" (Nos. 2022-IAFO-00095 and 1546052-000). Compl. ¶¶ 8-9, 12-13, ECF No. 1.

2. While Defendants have identified the responsive record, it requires consultation with other entities. Once those consultations are complete, Defendants will produce all responsive, non-exempt portions of the record to Plaintiffs.

3. At this time, Defendants do not anticipate filing a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the Parties believe that establishing a summary judgment briefing schedule and filing of a Vaughn index are premature at this time.

4. The Parties propose to file a further Joint Status Report in 60 days, that is, on or before June 5, 2023.

Dated: April 4, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremiah L. Morgan* <br> JEREMIAH L. MORGAN <br> William J. Olson, P.C. <br> 370 Maple Avenue West Suite 4 <br> Vienna, VA 22180 <br> Phone: (703) 356-5085 <br> Jmorgan@lawandfreedom.com <br><br> */s/ Robert J. Olson* <br> ROBERT J. OLSON <br> William J. Olson, P.C. <br> 370 Maple Avenue West Suite 4 <br> Vienna, VA 22180 <br> Phone: (703) 356-5070 <br> Rob@wjopc.com <br><br> *Counsel for Plaintiffs* | MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> BY: */s/ L'Shaunteé J. Robertson* <br> L'SHAUNTEE J. ROBERTSON <br> DC Bar # 980248 <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Phone: (202) 252-1729 <br> lshauntee.robertson@usdoj.gov <br><br> *Counsel for Defendants* |