IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC. et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY et al, <br><br> *Defendants*. | No. 1:23-cv-0010 (JMC) |

**JOINT STATUS REPORT**

Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, and Defendants Department of Homeland Security (DHS) and the Federal Bureau of Investigation (FBI) submit the following Joint Status Report, pursuant to the Court's April 11, 2023 scheduling order.

1. This case stems from Plaintiffs' March 18, 2022 and May 13, 2022 Freedom of Information Act (FOIA) requests for the Intelligence in Depth report entitled "Diverse DVE Landscape Probably Will Persist" (Nos. 2022-IAFO-00095 and 1546052-000). Compl. ¶¶ 8-9, 12-13, ECF No. 1.

2. As stated in the last report, Defendants have identified the responsive record, which requires consultation with other entities. Those consultations are still ongoing, and once complete, Defendants will produce all responsive, non-exempt portions of the record to Plaintiffs.

3. At this time, Defendants do not anticipate filing a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the Parties believe that establishing a summary judgment briefing schedule and filing of a

Vaughn index are premature at this time.

4.      The Parties propose to file a further Joint Status Report in 90 days, that is, on or before September 5, 2023.

Dated: June 5, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremiah L. Morgan*<br>JEREMIAH L. MORGAN<br>D.C. Bar No. 1012943<br>William J. Olson, P.C.<br>370 Maple Avenue West Suite 4<br>Vienna, VA 22180<br>Phone: (703) 356-5085<br>jmorgan@lawandfreedom.com | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>BY: */s/ L'Shaunteé J. Robertson*<br>L'SHAUNTEE J. ROBERTSON<br>DC Bar # 980248<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-1729<br>lshauntee.robertson@usdoj.gov |
| */s/ Robert J. Olson*<br>ROBERT J. OLSON<br>William J. Olson, P.C.<br>370 Maple Avenue West Suite 4<br>Vienna, VA 22180<br>Phone: (703) 356-5070<br>Rob@wjopc.com | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |