IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC. et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY et al, <br><br> *Defendants*. | No. 1:23-cv-0010 (JMC) |

**JOINT STATUS REPORT**

Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, and Defendants Department of Homeland Security (DHS) and the Federal Bureau of Investigation (FBI) submit the following Joint Status Report, pursuant to the Court's April 11, 2023 scheduling order.

1. This case stems from Plaintiffs' March 18, 2022 and May 13, 2022 Freedom of Information Act (FOIA) requests for the Intelligence in Depth report entitled "Diverse DVE Landscape Probably Will Persist" (Nos. 2022-IAFO-00095 and 1546052-000). Compl. ¶¶ 8-9, 12-13, ECF No. 1.

Defendants' Position

2. As stated in the last report, Defendants have identified the responsive record, which requires consultation with other entities. As of this report, those consultations are still ongoing, and once complete, Defendants will produce all responsive, non-exempt portions of the record to Plaintiffs.

3. At this time, Defendants do not anticipate filing a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the

Parties believe that establishing a summary judgment briefing schedule and filing of a Vaughn index are premature at this time.

4. Defendants propose that the parties file a further Joint Status Report in 90 days, that is, on or before December 5, 2023.

Plaintiffs' Position

5. Plaintiffs filed this case in early January of this year. On April 4, 2023, the parties filed their first Joint Status Report (ECF #8), with Defendants representing that the only document being requested had been located, but that its production "requires consultation with other entities." Defendants made the same representation in a Joint Status Report filed June 5, 2023 (ECF #10). Defendants now offer the same explanation a third time, yet have not provided any update as to when this purported "consultation" will end, or any description of what other "entities" (other than Defendants) are involved.

6. Defendants ask for another status report, now due December 5, 2023. Even if, at that date, Defendants report that consultation has ended, production still will not have occurred, meaning it almost certainly will take at least an entire year since this case was filed for Defendants to produce a single document (the only document Plaintiffs seek). Plaintiffs submit that this sort of delay is unreasonable, based on Defendant's vague assertions of "consultation" with "entities."

7. Plaintiffs propose that Defendants be given 60 days, until November 6, 2023, to finish their consultation and to process and produce the non-exempt parts of the requested document.

Dated: September 5, 2023

Respectfully submitted,

*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com


*/s/ Robert J. Olson*
ROBERT J. OLSON
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
Rob@wjopc.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shauneé J. Robertson*
L'SHAUNTEE J. ROBERTSON
DC Bar # 980248
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Counsel for Defendants*

3