THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC. et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY et al, <br><br> *Defendants*. | Civil Action No. 23-0010 (JMC) |

**JOINT STATUS REPORT**

Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, and Defendants Department of Homeland Security and the Federal Bureau of Investigation submit the following Joint Status Report, pursuant to the Court's Minute Orders dated September 18, 2023 and January 16, 2024.

1. This case stems from Plaintiffs' March 18, 2022 and May 13, 2022 Freedom of Information Act (FOIA) requests for the Intelligence in Depth report entitled "Diverse DVE Landscape Probably Will Persist" (Nos. 2022-IAFO-00095 and 1546052-000). Compl. ¶¶ 8-9, 12-13, ECF No. 1.

2. On September 18, the Court ordered Defendants to finish their consultation process and to produce the non-exempt parts of the requested document to Plaintiffs by December 18, 2023. In compliance with the Court's Order, Defendants completed their consultations, and on November 14, 2023, released the responsive document, with redactions, to Plaintiffs. However, the Parties neglected to file a subsequent report apprising the Court of this development. Undersigned counsel apologize to the Court for this oversight.

3.     Defendants report that production is now complete in this case. Plaintiffs do not intend to challenge the redactions made in the document produced by Defendants. The Parties have transitioned to determining if a mutual settlement agreement can be reached without the need for further litigation.

4.     The Parties believe that establishing a summary judgment briefing schedule and filing of a *Vaughn* index are not necessary.

5.     The Parties propose to file a further joint status report in approximately 60 days, that is, on or before March 18, 2024.

Dated: January 17, 2024

Respectfully submitted,

*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shauneé J. Robertson*

L'SHAUNTEE J. ROBERTSON
DC Bar # 980248
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*

*/s/ Robert J. Olson*
ROBERT J. OLSON
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
Rob@wjopc.com

*Counsel for Plaintiffs*