THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC. et al,

*Plaintiffs*,

v.

DEPARTMENT OF HOMELAND
SECURITY et al,

*Defendants*.

Civil Action No. 23-0010 (JMC)

**JOINT STATUS REPORT**

Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, and Defendants Department of Homeland Security and the Federal Bureau of Investigation submit the following Joint Status Report, pursuant to the Court's Minute Orders dated January 18, 2024.

1.      This case stems from Plaintiffs' March 18, 2022 and May 13, 2022 Freedom of Information Act (FOIA) requests for the Intelligence in Depth report entitled "Diverse DVE Landscape Probably Will Persist" (Nos. 2022-IAFO-00095 and 1546052-000). Compl. ¶¶ 8-9, 12-13, ECF No. 1.

2.      As previously reported, production is now complete, and Plaintiffs do not intend to challenge Defendants' redactions.  The Parties have transitioned to determining if a mutual settlement agreement can be reached without the need for further litigation. Settlement discussions are ongoing.

3.      The Parties propose to file a further joint status report in approximately 60 days, that is, on or before May 17, 2024.

1

Dated: March 18, 2024

Respectfully submitted,


*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com


*/s/ Robert J. Olson*
ROBERT J. OLSON
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
Rob@wjopc.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*

   L'SHAUNTEE J. ROBERTSON
   DC Bar # 980248
   Assistant United States Attorney
   601 D Street, N.W.
   Washington, D.C. 20530
   Phone: (202) 252-1729
   lshauntee.robertson@usdoj.gov

   *Attorneys for the United States of America*

2