UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC. et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY et al, <br><br> *Defendants*. | Civil Action No. 23-0010 (JMC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: May 17, 2024

Respectfully submitted,

*/s/ Jeremiah L. Morgan*
By Permission
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com

*/s/ Robert J. Olson*
By Permission
ROBERT J. OLSON
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
Rob@wjopc.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shauneé J. Robertson*
    L'SHAUNTEE J. ROBERTSON
    DC Bar # 980248
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-1729
    lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*